**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

JAMES CHIVERS, : Case No. 1:23-cv-573
:
      Plaintiff, : Judge Matthew W. McFarland
: Magistrate Judge Karen L. Litkovitz
vs. :
:
DERRICK BISHOFF, et al., :
:
      Defendants. :

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 9)**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety.

Accordingly, the Court **DISMISSES** this action without prejudice for failing to pay the filing fee or submit a motion to proceed *in forma pauperis*. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this order would not be taken in good faith, and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND